# GENERAL POWER OF ATTORNEY

I, Maryland Williams, of Norfolk, VA appoint my daughter, Juanita M. Williams of Norfolk, VA to serve as my agent (attorney in fact) under this general power of attorney, for an indefinite period of time. I revoke any previous general powers of attorney.

For the purpose of this document, whenever the words "I", "my" or "me" are used, they are used to refer to the principal.

I hereby confer upon my agent, with whatever exceptions are noted, full and complete authority to exercise the following powers in my behalf:

1. To request, receive, possess, sue for, and recover from all persons, corporations, associations or other entities (i) each and every parcel of realty and article of personalty that I own or am entitled to possess and (ii) each and every sum of money, right, or interest, due or owing, or that may become due and owing, to me on any and every account, claim, contract or tort; or in my agent's discretion, to arbitrate or compromise therefore;

2. To satisfy, reject, or defend against any claims that may be asserted against me, or against any of my property or interests; or, in my agent's discretion, to arbitrate or compromise therefore;

3. To add to, withdraw from, or close my accounts or deposits in banks or other financial institutions;

4. To sign any check, deed, contract, pleading, retirement or disability election, or any other document;

5. To borrow money in my name on such terms as my agent may deem appropriate; and to execute notes and any documents necessary to give any lender a security interest in any or all of my real and/or personal property in connection with any loan;

6. To sell or lease any part or parts of my real or personal estate, or any interest which I may have in any real or personal estate, wherever situated, upon such terms as my agent may deem appropriate, and to make all necessary deeds and conveyances thereof, with all necessary covenants, warranties and assurances, and to sign, seal, acknowledge and deliver the same; and to purchase real or personal property for my use as my agent deems appropriate;

7. To buy or sell stocks, bonds, Treasury securities, or other investments on my behalf in accordance with the "prudent man" rule;

8. To enter any safe deposit box that I may be the lessee of, or otherwise entitled to enter, and to remove or add to its contents;

9. To borrow against or obtain the cash surrender value of any of my life insurance policies, and to transfer the ownership of any such policies to the primary beneficiaries named therein.

10. To create revocable intervivos trusts for my benefit (with my agent or another as trustee), to add assets to existing trusts created by my agent or me, and to revoke trusts created by my agent or me;

11. To have access to my will;

12. To represent me before any office of the Internal Revenue Service, or before the Department of Taxation, in connection with any individual income tax or gift tax matter, for the years 1986 through 2041, to receive confidential information and to perform any and all acts that I can perform with respect to said tax matters, including the power to sign tax and the power to receive and negotiate checks in payment of any federal or state tax refund;

13. To appoint an ancillary agent for me in any other jurisdiction (and to revoke any such appointments), and to grant unto the ancillary agent such of the powers granted herein to my agent as my agent may specifically delegate in writing (with such restrictions or limitations thereon as my agent may deem appropriate);

14. To initiate any litigation that may be necessary in order to require third parties to recognize the validity of this power of attorney and to seek damages, including punitive damages, for injury to me or my estate because of any non recognition; and

15. To register, sell, lease, take care of, or do any other thing in reference to my automobiles.

16. To have access to my medical records

17. To do all such other acts, matters and things in relation to all or any part of, or interest in, my property, affairs or business of any kind or description in the Sate of Virginia, or any other place, where my interests are affected, now or at any time in the future, that I could do if acting personally.

    This power shall not terminate on disability of the principal, and such disability shall not affect the authority herein granted. This power shall remain in full force to all third parties until they receive written notice of its revocation

Witness the following signatures and seals this 5th day of April, 2010.

_____ (SEAL)
Maryland Williams

STATE OF VIRGINIA,
CITY OF Virginia Beach

The forgoing instrument was personally acknowledged before me this 5th day of April 2010, by Maryland Williams.

_____
Notary Public  #194725

My Commission expires:
June 30, 2010