## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

IN RE:  MARYLAND WILLIAMS, SR.
ROSIE MAY WILLIAMS,                                              CASE NO: 15-72070

Debtors.                                                         CHAPTER 13

### NOTICE AND MOTION TO EXCUSE DEBTORS

Maryland Williams, Sr. and Rosie May Williams, has/have filed papers with the court to request that they be excused from requirements of 11 U.S.C. §1328 and from signature requirements on Schedules, Statements, Lists or Certifications.

**Your rights may be affected.** You should read these papers carefully and discuss them with your Attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)

If you do not want the court to grant the relief sought in the motion, then on or before 7 / 10 / 2015 you or your attorney must: File with the court, at the address below, a written request for hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
Eastern District of Virginia
Norfolk Division
600 Granby Street
Norfolk, VA 23510

You must also mail a copy to:

Hampton Roads Legal Services
2624 Southern Blvd. Suite 101
Virginia Beach, VA 23452

and

Maryland and Rosie Williams, Sr.
924 Workwood Rd Norfolk VA 23513

### MOTION TO EXCUSE

COME NOW Edrie A. Pfeiffer, Counsel for Debtors, Maryland Williams, Sr. and Rosie May Williams, requesting that the Debtors be excused from the requirements of 11 U.S.C. §109 and 11 U.S.C. §1328 and from signing the certifications relating thereto.

Edrie A. Pfeiffer 41791
Hampton Roads Legal Services
372 S. Independence Blvd.
Suite 109
Virginia Beach, VA 23452
(757) 340-3100

1. That the Debtors filed a Chapter 13 Bankruptcy Petition on June 15, 2015.

2. That Debtors are both incompetent, suffering from Alzheimers and dementia and could not succesfully complete the required credit counseling and personal financial management courses, nor would they benefit from the required personal financial management course.

WHEREFORE, for the foregoing reasons, the Debtors, by Counsel, respectfully request this Honorable Court to enter an Order excusing the Debtors requirements regarding 11 U.S.C §109 and 11 U.S.C. §1328 and their signatures on any necessary documents and forms related thereto.

Notice is hereby given that unless a hearing is requested on this Motion to Excuse within twenty-one (21) days of service of the same, an Order will be entered granting the relief requested.

Respectfully submitted,

MARYLAND WILLIAMS SR.
ROSIE MAY WILLIAMS

BY: _____
COUNSEL FOR DEBTORS


## CERTIFICATE OF MAILING

I hereby certify that on June 15, 2015, a copy of the foregoing was served electronically via CM/ECF case filing to : the Standing Chapter 13 Trustee, and mailed via first class mail, postage prepaid, to the United States Trustee and to all creditors at their respective addresses listed on the attached Service List.

_____
Edrie A. Pfeiffer
Counsel for Debtors


Edrie A. Pfeiffer VSB# 41791
Hampton Roads Legal Services
372 S. Independence Blvd.
Suite 109
Virginia Beach, VA 23452
(757) 340-3100