UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

IN RE:   MARYLAND WILLIAMS, SR.
        ROSIE MAY WILLIAMS                       CASE NO:15-72070-SCS

               Debtors.                               Chapter 13

## ORDER APPROVING EXCUSAL OF DEBTOR FROM ATTENDING HEARING

    This cause came upon the Motion of the Debtors, Maryland Williams, Sr. and Rosie May Williams, Debtors, requesting that Co-Debtor be excused from attending the Hearing on the Motion to Excuse and Motion to Approve Appointment of Representative scheduled for July 9, 2015 at 10:00 a.m. It appearing to the Court that:

    1. The Debtors' filed a Chapter 13 Bankruptcy Petition on June 15, 2015.

    2. That Debtors' filed a Motion to Excuse and Motion to Approve Appointment of Representative on June 15, 2015, the Hearing on these Motions was scheduled for July 9, 2015 at 10:00 am.

    3. That Co-Debtor is confined to a wheelchair and is incompetent and is unable to attend the Hearing in person or telephonically through no fault of her own.

    WHEREFORE, for the foregoing reasons, it is accordingly ADJUDGED, ORDERED AND DECREED that the Debtor is excused from attending the Hearing on July 9, 2015.

Date: Jul 9 2015                 /s/ Frank J. Santoro
                                       U. S. Bankruptcy Judge

                      Entered on Docket: 7/9/2015

Edrie A. Pfeiffer 41791
Hampton Roads Legal Services
372 S. Independence Blvd.
Suite 109
Virginia Beach, VA 23452
(757) 340-3100
(757) 340-3149; (757) 351-3819

I ASK FOR THIS:

/s/ Edrie A. Pfeiffer
Edrie A. Pfeiffer, Esquire
Counsel for Debtor

SEEN AND AGREED:

/s/ R. Clinton Stackhouse, Jr.
R. Clinton Stackhouse, Jr., Trustee

LOCAL RULE 9022-1(C) CERTIFICATION

The foregoing Order was endorsed and served upon all necessary parties pursuant to Local Rule 9022-1(C).

 /s/ Edrie A. Pfeiffer
Edrie A. Pfeiffer

Edrie A. Pfeiffer 41791
Hampton Roads Legal Services
372 S. Independence Blvd.
Suite 109
Virginia Beach, VA 23452
(757) 340-3100
(757) 340-3149; (757) 351-3819

**PARTIES TO RECEIVE COPIES**

Edrie A. Pfeiffer, Esquire
372 S. Independence Blvd., Suite 109
Virginia Beach, VA  23452

Office of the U. S. Trustee
200 Granby Street, Room 625
Norfolk, VA  23510

R. Clinton Stackhouse, Jr., Trustee
7021 Harbour View Boulevard,
Suite 101
Suffolk, VA 23435

Maryland and Rosie Williams, Sr.
924 Workwood Rd
Norfolk, VA  23513

All creditors on the mailing matrix for this case

Edrie A. Pfeiffer 41791
Hampton Roads Legal Services
372 S. Independence Blvd.
Suite 109
Virginia Beach, VA 23452
(757) 340-3100
(757) 340-3149; (757) 351-3819

United States Bankruptcy Court
Eastern District of Virginia

In re:
Maryland Williams, Sr.
Rosie May Williams
    Debtors

Case No. 15-72070-SCS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0422-8     User: harrella     Page 1 of 2     Date Rcvd: Jul 09, 2015
                       Form ID: pdford9    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2015.

```
db/jdb         +Maryland Williams, Sr.,    Rosie May Williams,    924 Workwood Rd,    Norfolk, VA 23513-2941
12945430       +Atlantic Vein & Vascular Assoc,    PO Box 85005,    Richmond VA 23285-5005
12932171       +Credit Control Corp,    11821 Rock Landing Dr,    Newport News, VA 23606-4207
12945432        Credit Control Corp,    PO Box 120568,    Newport News VA23612-0568
12945434       +Emergency Phys of Tidewater,    Billing Office,    P.O. Box 7549,    Portsmouth VA 23707-0549
12932172       +Equidata,    724 Thimble Shoals Blvd.,    Newport News, VA 23606-2574
12932170       +Experian,    955 American Lane,    Schaumburg, IL 60173-4998
12932174       +Home Depot,    3352 Virginia Beach Blvd.,    Virginia Beach, VA 23452-5620
12932175       +Juanita Williams,    924 Workwood Road,    Norfolk, VA 23513-2941
12932177       +Medical Center Radiologist,    5544 Greenwich Rd, Ste 200,    Virginia Beach, VA 23462-6563
12945435       +Medical Center Radiologist,    P.O. Box 37,    Indianapolis IN 46206-0037
12945436        Midatlantic Regioinal Ambulance,    PO Box 896,    Portsmouth VA23705-0896
12932178       +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
12956137        Nissan Motor Acceptance Corporation,    PO Box 660366 Dallas TX 75266-0366
12945437        Norfolk Fire & Rescue,    PO Box 791062,    Baltimore MD21279-1062
12945438       +Sentara,    P.O. Box 2156,    Morrisville NC 27560-2156
12945439        Sentara Home Care Svcs,    PO Box 791090,    Baltimore MD21279-1090
12932179       +Sentara Leigh Hospital,    11821 Rock Landing Drive,    Newport News, VA 23606-4207
12932180       +Sentara Norfolk General Hospital,    600 Gresham Dr,    Norfolk, VA 23507-1999
12941405       +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
12932181       +Suntrust Bank,    Po Box 85526,    Richmond, VA 23285-5526
12932182       +Suntrust Bk,    Attn: Bankruptcy Dept,    Po Box 85092 Mc Va-Wmrk-7952,    Richmond, VA 23285-5092
12932168       +TransUnion LLC,    2 Baldwin Place,    Chester, PA 19022-1370
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            +E-mail/Text: ustpregion04.no.ecf@usdoj.gov Jul 10 2015 01:47:01      UST smg Norfolk,
                 Office of the U. S. Trustee,    200 Granby Street, Room 625,    Norfolk, VA 23510-1814
12932173       +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2015 01:47:55      Gemb/walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
12932169        E-mail/Text: cio.bncmail@irs.gov Jul 10 2015 01:46:50      Internal Revenue Service,
                 400 N 8th Street,    Room 898 Box 76,    Richmond, VA 23219
12932176        E-mail/Text: camanagement@mtb.com Jul 10 2015 01:46:57      M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr 2nd Floor,    Williamsville, NY 14221
12932166       +E-mail/Text: ustpregion04.no.ecf@usdoj.gov Jul 10 2015 01:47:01      Office of the U.S. Trustee,
                 Federal Building Room 625,    200 Granby Street,    Norfolk, VA 23510-1814
12932167        E-mail/Text: bkr@taxva.com Jul 10 2015 01:47:33      Virginia Dept of Taxation,
                 Office of Customer Services,    Post Office Box 2156,    Richmond, VA 23218-2156
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
12932164         15-72070
12945429         ADT,   31905 Vaughn Way,   AuroraCO80014
12945431         Bon Secours Hampton Roads,   PO Box 28538,   HenricoVA23228
12945433         Davita TX,   1234 Lakeshore Dr,   Suite 200,   CoppellTX75019
12932165         Maryland Williams, Sr. and Rosie May Williams
12956139*        Nissan Motor Acceptance Corporation,   PO Box 660366 Dallas TX 75266-0366
12963460*        Nissan Motor Acceptance Corporation,   PO Box 660366 Dallas TX 75266-0366
                                                                                              TOTALS: 5, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2015                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0422-8           User: harrella              Page 2 of 2              Date Rcvd: Jul 09, 2015
                               Form ID: pdford9            Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2015 at the address(es) listed below:
          Edrie A. Pfeiffer    on behalf of Debtor Maryland  Williams, Sr. admin@hamptonroadslegal.com,
           cmconsolvo@gmail.com
          Edrie A. Pfeiffer    on behalf of Joint Debtor Rosie May Williams admin@hamptonroadslegal.com,
           cmconsolvo@gmail.com
          Kathryn E. Smits    on behalf of Creditor    Lakeview Loan Servicing, LLC ksmits@atlanticlawgrp.com
          R. Clinton Stackhouse, Jr.    bcourt@rcsch13.com
                                                                                 TOTAL: 4