**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| IN RE:  MARYLAND WILLIAMS, SR., | SSN: xxx-xx-3591 |
| ROSIE MAY WILLIAMS | SSN: xxx-xx-3622 |
| Debtors. | CASE NO: 15-72070-SCS |
| | CHAPTER: 13 |

**ORDER APPOINTING REPRESENTATIVE NUNC PRO TUNC**

ON THIS DAY came Maryland Williams, Sr. and Rosie May Williams, Debtors, by Counsel, on their Motion to enter an order Nunc Pro Tunc, appointing Juanita Williams as their representative in the above captioned Chapter 13 Bankrutpcy case.  Wherefore, it appearing to the Court that:

This Court has jurisdiction pursuant to 28 U.S.C. § 1334(a).

Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409(a).

This proceeding is filed pursuant to Federal Rules of Bankruptcy Procedure 1004-1, 1016, and 7017.

The above Debtors filed a Chapter 13 Bankruptcy Petition on or about June 15, 2015 and an order granting relief was entered on the same date.

That Debtors are incompetent, as shown by their Doctor's reports (sent under separate cover to the Court, rather than being attached to this motion, to protect Mr. And Mrs. Williams's privacy, but incorporated herein by reference as Exhibit A).

It appearing to the Court that good cause exists for the entry of this Order, it is hereby

**ADJUDGED, ORDERED** and **DECREED** that Juanita Williams is duly appointed as the representative of and for the Debtors in this Chapter 13 Bankruptcy case.

Date: Aug 31 2015                       /s/ Stephen C. St.John

Edrie A. Pfeiffer, VSB#41791
Hampton Roads Legal Services
372 S. Independence Blvd., Suite 109
Virginia Beach, VA 23452
(757)340-3100
Counsel for the Debtor(s)

U.S. BANKRUPTCY JUDGE

Entered on Docket: Aug 31 2015

I/WE ASK FOR THIS:

/s/ Edrie A. Pfeiffer
EDRIE A. PFEIFFER, ESQUIRE

SEEN AND AGREED:

/s/ R. Clinton Stackhouse Jr.
R. Clinton Stackhouse, Jr., TRUSTEE

LOCAL RULE 9022-1(C) CERTIFICATION

The foregoing Order was endorsed by and served upon all necessary parties pursuant to Local Rule. 9022-1(C).

/s/ Edrie A. Pfeiffer
EDRIE A. PFEIFFER

**PARTIES TO RECEIVE COPIES**

Edrie A. Pfeiffer, Esquire
Edrie A. Pfeiffer, VSB#41791
Hampton Roads Legal Services
372 S. Independence Blvd., Suite 109
Virginia Beach, VA 23452
(757)340-3100
Counsel for the Debtor(s)

via ECF electronic notification

Office of the U. S. Trustee
Federal Bldg., Rm. 625
200 Granby Mall
Norfolk, VA 23510

R. Clinton Stackhouse, Jr.
7021 Harbour View Boulevard,
Suite 101
Suffolk, VA 23435

Maryland Williams, Sr.
and Rosie Williams
924 Workwood Rd
Norfolk, VA 23513

Juanita Williams
924 Workwood Road
Norfolk VA 23513

Edrie A. Pfeiffer, VSB#41791
Hampton Roads Legal Services
372 S. Independence Blvd., Suite 109
Virginia Beach, VA 23452
(757)340-3100
Counsel for the Debtor(s)