UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

IN RE:   M<span style="font-variant:small-caps">aryland</span>W<span style="font-variant:small-caps">illiams</span>, S<span style="font-variant:small-caps">r</span>.
R<span style="font-variant:small-caps">osie</span>M<span style="font-variant:small-caps">ay</span>W<span style="font-variant:small-caps">illiams</span>

                                    CASE NO:15-72070-SCS
         Debtor.                      Chapter :

**ORDER APPROVING EXCUSAL OF DEBTORS FROM REQUIREMENTS OF 11 U.S.C. §109 AND 11 U.S.C §1328**

This cause came upon the Motion of the Debtors, MarylandWilliams, Sr. and Rosie May Williams, Debtors, requesting that Debtors be excused from requirements regarding 11 U.S.C §109 and 11 U.S.C. §1328 and their signatures on any necessary documents and forms related thereto.

1. That the Debtors filed a Chapter 13 Bankruptcy Petition on June 15, 2015.

2. That Debtors are both incompetent, suffering from Alzheimers and dementia and could not successfully complete the required credit counseling and personal financial management courses, nor would they benefit from the required personal financial management course.

WHEREFORE, for the foregoing reasons, it is accordingly ADJUDGED, ORDERED AND DECREED that the Debtors are excused regarding requirements of 11 U.S.C §109 and 11 U.S.C. §1328 and their signatures on any necessary documents and forms related thereto.

Date: Sep 2 2015                                  /s/ Stephen C. St.John
                                                  U. S. Bankruptcy Judge

                      Entered on Docket: Sep 2 2015

Edrie A. Pfeiffer VSB# 41791
Counsel for Debtors
372 S. Independence Blvd.
Suite 109
Virginia Beach, VA 23452
phone: 757-340-3100
fax: 757-340-3149

I ASK FOR THIS:

/s/ Edrie A. Pfeiffer
Edrie A. Pfeiffer, Esquire
Counsel for Debtor


SEEN AND AGREED:


/s/ R. Clinton Stackhouse, Jr.
R. Clinton Stackhouse, Jr., Trustee






LOCAL RULE 9022-1(C) CERTIFICATION

     The foregoing Order was endorsed and served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                 /s/ Edrie A. Pfeiffer
                                     Edrie A. Pfeiffer

**PARTIES TO RECEIVE COPIES**

Edrie A. Pfeiffer, Esquire
via ECF electronic notification upon entry

Office of the U. S. Trustee
200 Granby Street, Room 625
Norfolk, VA  23510

R. Clinton Stackhouse, Jr., Trustee
via ECF electronic notification upon entry

Maryland and Rosie Williams, Sr.
c/o Juanita Williams
924 Workwood Rd
Norfolk, VA  23513